IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20046
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALTON DANE HUDNALL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 97-CR-262-3
- - - - - - - - - -

February 19, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Alton Dane Hudnall appeals from the district court's order denying release pending his trial on a fifty-two-count superseding indictment charging him with conspiracy to commit multiple acts of wire fraud and money laundering involving in excess of $15 million. Given the serious nature of the numerous charges facing him, the quality and nature of his overseas ties, and Hudnall's extensive history of flight from the law, Hudnall has not shown that the magistrate judge was clearly erroneous in its factfinding or that the district court abused its discretion in ordering him detained

_____

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pending trial.  See United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992).  The detention order is AFFIRMED.